IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

IN RE: SAMANTHA HOPE SMITH       §        Case No. 2:24-CV-00440-JRG-RSP

**ORDER**

On June 14, 2024, Plaintiff Samantha Hope Smith filed an "original bill for redemption and relief," but did so without either paying the civil filing fee or seeking leave to proceed *in forma pauperis*. (Dkt. No. 1.) There has been no further activity from Ms. Smith since then. Magistrate Judge Payne entered a Report and Recommendation, recommending dismissal of Ms. Smith's case for failure to prosecute. (Dkt. No. 7.) The record shows that Plaintiff received the Report and Recommendation on February 18, 2025. (Dkt. No. 8.) Because no objections have been filed, and for the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**.

It is therefore **ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Mar 19, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE